## NEW ORLEANS FLOUR INSPECTORS *v.* GLOVER.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR
THE EASTERN DISTRICT OF LOUISIANA.

No. 88.  Argued November 22 and submitted December 2, 1895. — Decided December 9, 1895.

*Mills* v. *Green,* 159 U. S. 651, affirmed to the point that when, pending an
appeal from the judgment of a lower court, and without any fault of the
defendant, an event occurs which renders it impossible for the appellate
court, if it should decide the case in favor of the plaintiff, to grant him
any effectual relief, the court will not proceed to a formal judgment, but
will dismiss the appeal.

THE case is sufficiently stated in the short opinion of the
court.

*Mr. J. R. Beckwith* argued for appellant on the 22d day of
November, 1895.   At the close of his argument the court ad-
journed until the 2d day of December following.   *Mr. William
Wirt Howe* on that day presented himself to argue for appel-
lees, but the court declined to hear further argument in the
case.

THE CHIEF JUSTICE: The decree below enjoined appellants
from enforcing against appellees act No. 71 of the extra ses-
sion of the general assembly of Louisiana of 1870, (Session
Laws La. Ex. Sess. 1870, 156).   This act was repealed June
28, 1892, (No. 23 of 1892, Acts La. 1892, 34,) and the appeal
is dismissed on the authority of *Mills* v. *Green,* 159 U. S. 651.

*Appeal dismissed.*